UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**JEFFREY R. SMITH,**
    **PLAINTIFF**

V.                                                                                    NO. 07 CA 11387 PBS

**HOY TIN RESTAURANT, INC.,**
    **DEFENDANT**

### STIPULATION OF DISMISSAL

The plaintiff pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure hereby dismisses his claim with prejudice and without costs.

ENTIN & ENTIN

| | |
|---|---|
| /s/ Jeffrey S. Entin, Esquire | /s/ Edward N. Garno, Esquire |
| Jeffrey S. Entin | Edward N. Garno, Esquire |
| 399 North Main Street | 347 Haverhill Street |
| Fall River, MA 02720 | Lawrence, MA 01840 |
| BBO #155000 | BBO#564378 |

Dated: November 19, 2009

### CERTIFICATE OF SERVICE

I hereby certify that the enclosed document was served on all counsel of record by ECF this 19th day of November, 2009.

/s/ Edward N. Garno
Edward N. Garno